**Exhibit A**

Table of Last-Observed Infringements by Defendants of Digital Sin Inc's Copyright in the Motion Picture "My Little Panties 2 ," Copyright Reg. No. PA0001733587

| Defendant | Internet Protocol Address (IP) | Timestamp (U.S. Eastern Time) | Internet Service Provider (ISP) | Protocol | Hash |
|---|---|---|---|---|---|
| Doe 1 | 108.9.87.176 | 2011-09-16 05:54:07 -0400 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 2 | 173.168.217.63 | 2011-09-01 07:33:48 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 3 | 173.169.165.54 | 2011-09-02 04:19:55 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 4 | 173.170.195.85 | 2011-09-05 16:09:04 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 5 | 173.171.151.198 | 2011-09-29 10:32:39 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 6 | 173.65.192.88 | 2011-09-25 11:28:18 -0400 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 7 | 173.78.0.108 | 2011-09-05 18:40:24 -0400 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 8 | 173.78.247.119 | 2011-09-02 09:01:45 -0400 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 9 | 174.48.164.81 | 2011-09-01 18:47:47 -0400 | Comcast Cable | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 10 | 174.48.196.164 | 2011-09-20 08:08:57 -0400 | Comcast Cable | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 11 | 174.58.230.116 | 2011-09-25 20:39:16 -0400 | Comcast Cable | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 12 | 174.61.78.248 | 2011-09-02 05:41:04 -0400 | Comcast Cable | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 13 | 174.63.131.228 | 2011-09-27 01:46:12 -0400 | Comcast Cable | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 14 | 184.88.217.96 | 2011-09-28 14:42:06 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 15 | 184.88.58.171 | 2011-09-09 20:32:12 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 16 | 184.91.120.190 | 2011-09-18 23:59:30 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 17 | 184.91.138.107 | 2011-09-30 04:44:03 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 18 | 184.91.184.181 | 2011-09-28 02:53:45 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 19 | 184.91.249.162 | 2011-09-27 19:43:20 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 20 | 24.127.219.160 | 2011-09-13 22:58:32 -0400 | Comcast Cable | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 21 | 24.129.110.232 | 2011-09-27 15:07:44 -0400 | Comcast Cable | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 22 | 24.129.62.174 | 2011-09-10 02:39:39 -0400 | Comcast Cable | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 23 | 24.129.68.148 | 2011-09-28 14:03:25 -0400 | Comcast Cable | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 24 | 24.250.134.125 | 2011-09-02 22:23:58 -0400 | COX COMMUNICATIONS | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 25 | 24.250.216.18 | 2011-09-09 03:04:50 -0400 | COX COMMUNICATIONS | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 26 | 24.73.56.23 | 2011-09-18 17:46:21 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 27 | 24.92.174.101 | 2011-09-12 22:35:20 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |

| Doe 28 | 24.94.113.84    | 2011-09-04 14:13:23 -0400 | Road Runner       | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 29 | 65.32.227.180   | 2011-09-03 20:48:53 -0400 | Road Runner       | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 30 | 65.33.170.24    | 2011-09-02 22:30:48 -0400 | Road Runner       | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 31 | 65.34.183.246   | 2011-09-26 13:39:46 -0400 | Comcast Cable     | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 32 | 66.176.167.132  | 2011-09-06 11:53:29 -0400 | Comcast Cable     | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 33 | 66.176.168.36   | 2011-09-22 23:57:15 -0400 | Comcast Cable     | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 34 | 66.176.241.47   | 2011-09-24 15:23:40 -0400 | Comcast Cable     | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 35 | 66.176.49.64    | 2011-09-18 19:22:49 -0400 | Comcast Cable     | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 36 | 66.176.79.146   | 2011-09-10 01:48:15 -0400 | Comcast Cable     | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 37 | 66.177.96.39    | 2011-09-23 05:05:30 -0400 | Comcast Cable     | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 38 | 66.177.98.236   | 2011-09-26 01:44:12 -0400 | Comcast Cable     | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 39 | 66.229.2.17     | 2011-09-02 05:50:10 -0400 | Comcast Cable     | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 40 | 66.229.2.97     | 2011-09-03 14:50:09 -0400 | Comcast Cable     | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 41 | 66.229.207.16   | 2011-09-15 00:29:00 -0400 | Comcast Cable     | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 42 | 66.229.219.230  | 2011-09-02 18:40:12 -0400 | Comcast Cable     | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 43 | 67.162.165.122  | 2011-09-11 19:48:44 -0400 | Comcast Cable     | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 44 | 67.162.169.70   | 2011-09-10 15:24:51 -0400 | Comcast Cable     | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 45 | 67.191.19.183   | 2011-09-25 17:08:24 -0400 | Comcast Cable     | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 46 | 67.8.131.107    | 2011-09-27 22:34:50 -0400 | Road Runner       | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 47 | 67.8.162.232    | 2011-09-28 20:28:38 -0400 | Road Runner       | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 48 | 67.8.88.179     | 2011-09-29 23:58:47 -0400 | Road Runner       | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 49 | 68.1.71.29      | 2011-09-25 22:57:35 -0400 | COX COMMUNICATIONS | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 50 | 68.111.125.229  | 2011-09-04 01:31:44 -0400 | COX COMMUNICATIONS | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 51 | 68.200.1.128    | 2011-09-20 20:13:08 -0400 | Road Runner       | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 52 | 68.200.1.77     | 2011-09-13 22:58:32 -0400 | Road Runner       | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 53 | 68.200.14.111   | 2011-09-18 06:14:58 -0400 | Road Runner       | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 54 | 68.200.156.77   | 2011-09-14 22:38:11 -0400 | Road Runner       | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 55 | 68.202.103.20   | 2011-09-13 22:30:37 -0400 | Road Runner       | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 56 | 68.204.119.124  | 2011-09-29 11:42:09 -0400 | Road Runner       | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 57 | 68.204.124.208  | 2011-09-12 23:59:34 -0400 | Road Runner       | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 58 | 68.205.75.23    | 2011-09-09 12:47:51 -0400 | Road Runner       | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 59 | 68.35.229.200   | 2011-09-02 08:03:17 -0400 | Comcast Cable     | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 60 | 68.35.238.251   | 2011-09-28 14:35:54 -0400 | Comcast Cable     | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 61 | 68.54.79.57     | 2011-09-14 22:30:47 -0400 | Comcast Cable     | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 62 | 68.56.151.60    | 2011-09-06 15:24:58 -0400 | Comcast Cable     | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 63 | 68.59.106.54    | 2011-09-23 14:29:23 -0400 | Comcast Cable     | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |

| Doe 64 | 68.84.250.49 | 2011-09-27 16:23:37 -0400 | Comcast Cable | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 65 | 69.139.61.200 | 2011-09-01 03:14:48 -0400 | Comcast Cable | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 66 | 69.22.75.230 | 2011-09-19 06:09:21 -0400 | EarthLink | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 67 | 69.244.222.154 | 2011-09-05 17:30:02 -0400 | Comcast Cable | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 68 | 69.254.165.126 | 2011-09-19 00:37:19 -0400 | Comcast Cable | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 69 | 70.126.179.199 | 2011-09-09 15:28:22 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 70 | 70.126.29.13 | 2011-09-16 05:50:23 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 71 | 71.122.93.219 | 2011-09-03 22:02:34 -0400 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 72 | 71.180.136.159 | 2011-09-05 00:24:00 -0400 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 73 | 71.180.176.55 | 2011-09-29 14:23:19 -0400 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 74 | 71.180.239.202 | 2011-09-09 07:56:58 -0400 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 75 | 71.180.243.124 | 2011-09-06 09:24:33 -0400 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 76 | 71.196.27.191 | 2011-09-20 01:22:44 -0400 | Comcast Cable | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 77 | 71.199.216.170 | 2011-09-11 11:42:38 -0400 | Comcast Cable | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 78 | 71.200.231.218 | 2011-09-05 00:48:06 -0400 | Comcast Cable | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 79 | 71.203.150.185 | 2011-09-30 22:59:51 -0400 | Comcast Cable | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 80 | 71.203.158.46 | 2011-09-04 00:42:10 -0400 | Comcast Cable | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 81 | 71.203.95.43 | 2011-09-11 19:39:07 -0400 | Comcast Cable | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 82 | 71.228.77.197 | 2011-09-02 17:42:38 -0400 | Comcast Cable | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 83 | 71.41.48.100 | 2011-09-03 02:48:18 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 84 | 71.43.75.19 | 2011-09-19 01:58:29 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 85 | 72.185.127.18 | 2011-09-25 22:23:06 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 86 | 72.185.171.249 | 2011-09-27 21:05:12 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 87 | 72.185.223.213 | 2011-09-05 15:03:00 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 88 | 72.185.37.213 | 2011-09-26 12:01:32 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 89 | 72.186.34.229 | 2011-09-03 07:45:36 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 90 | 72.187.250.32 | 2011-09-26 23:59:53 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 91 | 72.187.36.247 | 2011-09-24 10:29:06 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 92 | 72.189.40.244 | 2011-09-05 15:04:20 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 93 | 72.91.12.158 | 2011-09-24 08:28:36 -0400 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 94 | 72.91.144.218 | 2011-09-23 22:29:55 -0400 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 95 | 75.202.114.164 | 2011-09-03 17:40:06 -0400 | Cellco Partnership DBA Verizon Wireless | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 96 | 75.202.156.204 | 2011-09-09 02:29:36 -0400 | Cellco Partnership DBA Verizon Wireless | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 97 | 75.202.246.68 | 2011-09-25 20:54:38 -0400 | Cellco Partnership DBA Verizon Wireless | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 98 | 75.202.247.162 | 2011-09-29 23:22:28 -0400 | Cellco Partnership DBA Verizon Wireless | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 99 | 75.204.148.75 | 2011-09-26 05:09:33 -0400 | Cellco Partnership DBA Verizon Wireless | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |

| Doe 100 | 75.204.202.239 | 2011-09-21 15:11:58 -0400 | Cellco Partnership DBA Verizon Wireless | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 101 | 75.224.96.87 | 2011-09-18 08:28:18 -0400 | Cellco Partnership DBA Verizon Wireless | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 102 | 75.225.224.90 | 2011-09-17 23:57:29 -0400 | Cellco Partnership DBA Verizon Wireless | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 103 | 75.253.135.56 | 2011-09-23 01:56:54 -0400 | Cellco Partnership DBA Verizon Wireless | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 104 | 75.253.136.132 | 2011-09-06 21:45:29 -0400 | Cellco Partnership DBA Verizon Wireless | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 105 | 75.253.154.146 | 2011-09-28 21:06:39 -0400 | Cellco Partnership DBA Verizon Wireless | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 106 | 75.74.42.190 | 2011-09-07 09:20:39 -0400 | Comcast Cable | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 107 | 76.106.190.23 | 2011-09-13 22:58:32 -0400 | Comcast Cable | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 108 | 76.108.133.204 | 2011-09-27 15:02:43 -0400 | Comcast Cable | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 109 | 76.108.28.74 | 2011-09-05 17:32:50 -0400 | Comcast Cable | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 110 | 76.109.99.63 | 2011-09-03 14:14:35 -0400 | Comcast Cable | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 111 | 76.110.53.133 | 2011-09-06 23:59:55 -0400 | Comcast Cable | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 112 | 76.18.211.0 | 2011-09-25 17:52:43 -0400 | Comcast Cable | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 113 | 76.26.31.190 | 2011-09-22 02:57:41 -0400 | Comcast Cable | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 114 | 96.243.234.32 | 2011-09-14 08:25:13 -0400 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 115 | 96.254.216.220 | 2011-09-17 23:45:31 -0400 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 116 | 96.254.38.230 | 2011-09-29 10:42:33 -0400 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 117 | 97.100.14.32 | 2011-09-09 23:59:54 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 118 | 97.100.252.244 | 2011-09-25 23:59:47 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 119 | 97.100.253.233 | 2011-09-27 21:07:36 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 120 | 97.100.93.251 | 2011-09-28 22:15:21 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 121 | 97.101.113.21 | 2011-09-15 19:25:55 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 122 | 97.101.225.207 | 2011-09-19 23:59:03 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 123 | 97.102.141.118 | 2011-09-24 12:41:46 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 124 | 97.102.72.137 | 2011-09-26 16:18:55 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 125 | 97.103.196.105 | 2011-09-27 10:28:50 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 126 | 97.103.237.118 | 2011-09-06 19:17:04 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 127 | 97.103.249.129 | 2011-09-28 14:32:51 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 128 | 97.104.22.23 | 2011-09-02 00:35:25 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 129 | 97.78.83.56 | 2011-09-09 20:28:07 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 130 | 97.96.29.210 | 2011-09-03 17:38:23 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 131 | 97.96.62.226 | 2011-09-01 07:41:34 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 132 | 97.97.3.134 | 2011-09-25 21:04:06 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 133 | 97.97.51.154 | 2011-09-16 23:58:18 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 134 | 98.180.5.96 | 2011-09-26 04:54:45 -0400 | COX COMMUNICATIONS | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 135 | 98.180.80.57 | 2011-09-25 07:28:15 -0400 | COX COMMUNICATIONS | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |

| Doe 136 | 98.208.225.152 | 2011-09-18 22:10:19 -0400 | Comcast Cable | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 137 | 98.211.128.133 | 2011-09-28 18:22:19 -0400 | Comcast Cable | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 138 | 98.211.164.151 | 2011-09-11 20:00:29 -0400 | Comcast Cable | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 139 | 98.219.68.32 | 2011-09-18 15:24:40 -0400 | Comcast Cable | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 140 | 98.219.93.107 | 2011-09-18 22:34:50 -0400 | Comcast Cable | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 141 | 98.231.90.136 | 2011-09-26 16:19:50 -0400 | Comcast Cable | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 142 | 98.244.217.51 | 2011-09-07 03:05:43 -0400 | Comcast Cable | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 143 | 98.254.173.198 | 2011-09-08 01:32:59 -0400 | Comcast Cable | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 144 | 98.254.182.40 | 2011-09-27 12:42:36 -0400 | Comcast Cable | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 145 | 98.254.2.244 | 2011-09-03 15:18:42 -0400 | Comcast Cable | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |