*EXHIBIT "A"*

# Select A Case

**TERIK HASHMI is an attorney in 19 cases.**

| | | |
|---|---|---|
| 1:11-cv-00241-MP-GRJ | EVASIVE ANGLES ENTERTAINMENT v DOES 1 - 97 | filed 11/15/11 |
| 1:11-cv-00243-MP-GRJ | ELEGANT ANGEL, INC. v. DOES 1-87 | filed 11/17/11 |
| 1:11-cv-00245-SPM-GRJ | ELEGANT ANGEL, INC. v. DOES 1-115 | filed 11/17/11 |
| 1:11-cv-00246-SPM-GRJ | ELEGANT ANGEL, INC. v. DOES 1-85 | filed 11/17/11 |
| 1:11-cv-00247-MP-GRJ | ELEGANT ANGEL, INC. v. DOES 1-77 | filed 11/17/11 |
| 1:11-cv-00248-SPM-GRJ | MEDIA PRODUCTS, INC. v. DOES 1-175 | filed 11/18/11 |
| 1:11-cv-00280-MP-GRJ | DIGITAL SIN INC v. DOES | filed 12/28/11 |
| 1:11-cv-00281-SPM-GRJ | DIGITAL SIN INC v. DOES | filed 12/28/11 |
| 1:12-cv-00002-MP-GRJ | EXQUISITE MULTIMEDIA INC v. DOES | filed 01/05/12 |
| 1:12-cv-00003-MP-GRJ | MEDIA PRODUCTS INC v. DOES | filed 01/09/12 |
| 1:12-cv-00004-SPM-GRJ | NEXT PHASE DISTRIBUTION, INC. v. DOES 1-93 | filed 01/09/12 |
| 4:11-cv-00570-RH-WCS | THIRD DEGREE FILMS INC v DOES 1 - 259 | filed 11/03/11 |
| 4:11-cv-00572-RH-WCS | THIRD DEGREE FILMS INC v. DOES 1-375 | filed 11/04/11 |
| 4:11-cv-00583-RH-WCS | DIGITAL SIN INC v. DOES 1-208 | filed 11/16/11 |
| 4:11-cv-00584-RH-WCS | DIGITAL SIN INC. v. DOES 1-145 | filed 11/16/11 |

4:11-cv-00586-RS-WCS    DIGITAL SIN INC v. DOES 1-167                      filed 11/16/11

4:12-cv-00006-RS-WCS    NEXT PHASE DISTRIBUTION INC v. DOES                filed 01/05/12

4:12-cv-00007-RH-WCS    PATRICK COLLINS, INC. v. DOES 1-85                 filed 01/05/12

4:12-cv-00008-RH-WCS    ZERO TOLERANCE ENTERTAINMENT INC v. DOES           filed 01/05/12

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 01/13/2012 15:57:51 | | | |
| PACER Login: | rr0962 | Client Code: | 476.00 |
| Description: | Search | Search Criteria: | Last Name: HASHMI |
| Billable Pages: | 1 | Cost: | 0.08 |