IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


DIGITAL SIN, INC.,

       Plaintiff,

v.                                    CASE NO.  4:11cv584-RH/WCS

DOES 1 – 145,

       Defendants.

_____/


### ORDER EXTENDING THE DEADLINE FOR JOHN DOE 57 TO RESPOND TO THE SUBPOENA DUCES TECUM  DIRECTED TO HIS INTERNET SERVICE PROVIDERVERIZON

John Doe 57's motion, ECF No.14, to extend the deadline for responding to the plaintiff's subpoena duces tecum directed to his internet service provider is GRANTED.  The deadline is extended to February 20, 2012.  The internet service provider need not comply with the subpoena for records relating to this defendant if an objection is served by February 20, 2012, unless an order is entered requiring it to comply.  Because of the need for an immediate ruling, this order has been

Case No.   4:11cv584-RH/WCS

entered without awaiting the plaintiff's response.  If the plaintiff moves for reconsideration of this order, the issue will be reconsidered *de novo*.

SO ORDERED on January 25, 2012.

                                   s/Robert L. Hinkle
                                   United States District Judge