UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA

DIGITAL SIN, INC.
21345 Lassen Street
Chatsworth, CA 91311

    Plaintiff,

    v.                                                                                                  No. 4:11-cv-584

DOES 1 - 145

    Defendants.
_____/

### NOTICE OF WITHDRAWAL AS COUNSEL FOR DOE 57

NOTICE IS HEREBY GIVEN that Jerome W. Hoffman, Holland & Knight LLP, withdraws his Notice of Appearance as counsel of record for Defendant JOHN DOE 57 in the above-styled cause. Counsel erroneously filed a Notice of Appearance in this case on behalf of Defendant JOHN DOE 57, but intended to file a Notice of Appearance on behalf of the Defendant JOHN DOE 57 in Case No. 4:11-cv-583. A separate Notice of Appearance has been filed in the correct case.

                                           HOLLAND & KNIGHT LLP

                                           /s/ Jerome W. Hoffman
                                           Jerome W. Hoffman
                                           Florida Bar No. 0258830
                                           jerome.hoffman@hklaw.com
                                           Holland & Knight LLP
                                           315 South Calhoun Street, Suite 600
                                           Tallahassee, Florida 32301-1809
                                           Tel:    850-224-7000
                                           Fax:   850-224-8832

#10924316_v1

## CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2012, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

/s/ Jerome W. Hoffman
Attorney

#10924316_v1                                              2