IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


DIGITAL SIN, INC.,

      Plaintiff,

v.                                      CASE NO.  4:11cv584-RH/WCS

DOES 1 – 145,

      Defendants.

_____/


**ORDER WITHDRAWING THE JANUARY 25 ORDER,
STRIKING DOE 57'S EMERGENCY MOTION TO
QUASH, AND GRANTING LEAVE TO WITHDRAW**


      This is one of a series of similar cases naming multiple "John Doe" defendants.  A motion to extend time was filed in this case by "John Doe 57" by attorney Jerome Hoffman.  ECF No. 14.  On January 25, 2012, I entered an order granting the motion.  ECF No. 15.  As it turns out, Mr. Hoffman's client is "John Doe 57" in a different case; his motion was filed in this case by mistake.  Mr. Hoffman has filed a notice setting out the error and withdrawing his appearance.  ECF No. 16.

IT IS ORDERED:

The emergency motion to extend time, ECF No. 14, is struck.  The order granting it, ECF No. 15, is withdrawn.  Mr. Hoffman is granted leave to withdraw, effective immediately.

SO ORDERED on January 27, 2012.

s/Robert L. Hinkle  
United States District Judge

Case No.  4:11cv584-RH/WCS